UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CRIMINAL NO. 00-170

                                                            00-170

            v.                              *          SECTION: "N"

KEITH TOBIAS                      *

                    *          *          *

# O R D E R

Considering the foregoing,

**IT IS HEREBY ORDERED** that Duane A. Evans be substituted for Tania Tetlow as

counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

3